[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 2, 2006
THOMAS K. KAHN
CLERK**

_____

No. 05-11869

_____

D. C. Docket No. 03-01529-CV-BBM-1

EILEEN HAMALL-DESAI,

Plaintiff-Appellee-
Cross-Appellant,

versus

FORTIS BENEFITS INSURANCE COMPANY,

Defendant-Appellant-
Cross-Appellee.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

**(February 2, 2006)**

Before BLACK, HULL and FARRIS[*], Circuit Judges.

PER CURIAM:

_____

[*] Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.

AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.[1]

---

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)   judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)   the evidence in support of a jury verdict is sufficient;

    (c)   the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)   summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)   judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.